JOHN A. WEEKS, Appellant, *v.* FRANCIS TOMES et al., ADRIAN ISELIN, Purchaser, Respondent.

(Argued January 28, 1879; decided February 11, 1879.)

Reported below, 16 Hun, 349.

*George H. Forster* for appellant.

*F. de P. Foster* and *B. F. Lee* for respondent.

AGREE to affirm; order on opinion of DAVIS, Ch. J., in court below.

Order affirmed.